UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYOAUKE KONDO, SANTOS ACOSTA, KRISTOPHER FARLEY, EDWARD DEL VECHHIO, JORGE CIFUENTES, CELINA LI, AND HANNA PAGE, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br><br>CREATIVE SERVICES, INC.,<br><br>    Defendant. | Civil Action No. 1:22-cv-10438-DJC<br>Honorable Judge Denise J. Casper |

PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, the Declaration of David K. Lietz in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards, and all prior pleadings and proceedings had herein, Plaintiffs Ryosuke Kondo, Jorge Cifuentes, Daniel Durgin, Santos Acosta, Kristopher Farley, Edward Del Vecchio, Valerie Locke, Michael Mercurio, Celina Li, Hannah Page, Pasquale Russolillo, Lisa McGillivray, and Gary Shepis, individually and on behalf of the putative class, (collectively, "Plaintiffs") move for an Order: (1) for attorneys' fees of $396,000, expenses in the amount of $19.016.97, and service awards to the Class Representatives in the amount of $1500 each; and (2) granting such other relief and further relief as the Court deems just and proper.

1

Dated: June 12, 2023

        Respectfully submitted,

        *s/ David K. Lietz*

        David K. Lietz (admitted *pro hac vice*)
        **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
        5335 Wisconsin Avenue NW
        Suite 440
        Washington, D.C. 20015-2052
        Telephone: (866) 252-0878
        Facsimile: (202) 686-2877
        dlietz@milberg.com

        Douglas F. Hartman, BBO# 642823
        **HARTMAN LAW, P.C**.
        10 Post Office Square
        Suite 800 South
        Boston, Massachusetts 02109
        T:  617-807-0091
        F:  617-507-8334
        dhartman@hartmanlawpc.com

        *Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                */s/ David K. Lietz*